IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. REED, | No. C-11-4921 TEH (PR) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT, PLAINTIFF'S THIRD REQUEST FOR APPOINTMENT OF COUNSEL, AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION |
| v. | |
| ROBERT K. WONG, Warden, et al., | |
| Defendants. | |
| | (Doc. ##22, 23) |

Plaintiff has filed a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) (Doc. #22), and a third request for appointment of counsel (Doc. #23). Both motions are DENIED for the reasons set forth below.

Plaintiff's motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) is DENIED AS MOOT. Doc. #22. Judgment has not yet been entered in this case.

Plaintiff's first request for appointment of counsel was filed on November 17, 2011. On January 26, 2012, the Court denied his request for lack of exceptional circumstances, see Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v. Escalderon,

789 F.2d 1328, 1331 (9th Cir. 1986).  Plaintiff filed a second request for appointment of counsel on February 21, 2012, which was denied because no exceptional circumstances had developed since the Court denied Plaintiff's first request for appointment of counsel. Plaintiff's current, and third, request for appointment of counsel is DENIED because of lack of exceptional circumstances.  Doc. #23. If the Court determines at a later time in the proceedings that appointment of counsel is warranted, the Court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent Plaintiff pro bono.

Currently pending is Defendants' motion to revoke Plaintiff's <u>in forma pauperis</u> status and to dismiss the case without prejudice.  Doc. #19.  The Court has not yet ruled on Defendants' motion.  Pursuant to Local Rule 7-3(a), Plaintiff must file and serve his opposition to Defendants' motion within fourteen days after Defendants' motion was served and filed.  <u>See</u> L.R. 7-3(a).  In the interests of justice, the Court grants Plaintiff an extension of time to respond to Defendants' motion to revoke Plaintiff's <u>in forma pauperis</u> status and to dismiss this case without prejudice. <u>Plaintiff must file his opposition to Defendants' motion by May 7, 2012.</u>

IT IS SO ORDERED.

DATED   *04/20/2012*            _____
                                 THELTON E. HENDERSON
                                 United States District Judge


G:\PRO-SE\TEH\CR.11\Reed-11-4921-deny 3rd request for counsel and motion to alter.wpd

**2**